IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BILLY POPE, et al.                                                                                      PLAINTIFF

V.                                              CASE NO. 09-CV-1024

LONG'S BLOW PIPE, INC.                                                                  DEFENDANT

VALLEY FORGE INSURANCE COMPANY                                             INTERVENOR

## ORDER

Before the Court is a Motion for Dismissal with Prejudice filed by Valley Forge Insurance Company ("Valley Forge"). (Doc. 69). Valley Forge seeks to dismiss its Complaint in Intervention. (Doc. 59). Upon consideration, the Court finds that the Motion for Dismissal with Prejudice should be and hereby is **GRANTED.** Valley Forge's claims are hereby dismissed with prejudice.

IT IS SO ORDERED, this 12th day of April, 2011.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge